ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 24 PM 4: 59

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MARATHON PETROLEUM COMPANY LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. CV507-23 ) |
| DOUGLAS ASPHALT COMPANY, INC., | ) ) ) ) |
| Defendant. | ) ) |

## O R D E R

Before the Court is the parties' Stipulation for Entry of Judgment. (Doc. 12.) With the written consent of the parties, the Court hereby enters **JUDGMENT** against the Defendant, Douglas Asphalt Company, Inc., and in favor of the Plaintiff, Marathon Petroleum Company LLC, in the amount of $128,638.77. The Plaintiff is entitled to interest on this judgment at the legal rate. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 24th day of August, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA