# United States District Court
## Southern District of Georgia

Marathon Petroleum Company LLC.

JUDGMENT IN A CIVIL CASE

v.    CASE NUMBER: CV507-23

Douglas Asphalt Company, Inc.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 8/24/07, the Court hereby enters Judgment against the Defendant, Douglas Asphalt Company, and in favor of the Plaintiff, Marathon Petroleum Company LLC, in the amount of $ 128, 638.77.

| 8/24/07 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |